UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARLENE WILLIAMS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-2959-X-BT |
| | § | |
| FLUOR CORPORATION and | § | |
| FLUOR FEDERAL GLOBAL | § | |
| PROJECTS, INC., | § | |
| | § | |
| *Defendants.* | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.   [Doc. No. 32].   No objections were filed.   The District Court reviewed the proposed findings, conclusions, and recommendation for plain error.   Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 17th day of February, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE